B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Central District of California

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**OM Restaurant Management, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>**DBA Original Mike's** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all)<br>**87-0736208** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1103 N. Broadway**<br>**Santa Ana, CA**<br>ZIP Code **92701** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Orange** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:
Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

**Chapter 11 Debtors**

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13) **Page 2**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **OM Restaurant Management, LLC** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)    (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **OM Restaurant Management, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Michael G. Spector**
Signature of Attorney for Debtor(s)

**Michael G. Spector 145035**
Printed Name of Attorney for Debtor(s)

**Law Offices of Michael G. Spector**
Firm Name

**2677 North Main Street, Suite 910**
**Santa Ana, CA 92705**

Address

Email: mgspector@aol.com
**714-835-3130  Fax: 714-558-7435**
Telephone Number

**October 8, 2015          145035**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Michael F. Harrah**
Signature of Authorized Individual

**Michael F. Harrah**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**October 8, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address

Michael G. Spector - Bar No. 145035
Law Offices of Michael G. Spector
2677 North Main Street, Suite 910
Santa Ana, CA 92705
714-835-3130 Fax: 714-558-7435

Attorney for:

CASE NO.:
CHAPTER: 11
ADVERSARY NO.:
(if applicable)

In re:
OM Restaurant Management, LLC
                                                          Debtor(s).

**ELECTRONIC FILING DECLARATION**
**(CORPORATION/PARTNERSHIP)**

[LBR 1006-1(h)]

[X] Petition, statement of affairs, schedules or lists         Date Filed: 10/9/15
[ ] Amendments to the petition, statement of affairs, schedules or lists    Date Filed:
[ ] Other: (specify): _____       Date Filed:

## PART I - DECLARATION OF SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed printed copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

10/8/15
Date

_____
Signature of authorized signatory of Filing Party

Michael Harrah
Printed Name of Authorized Signatory of Filing Party

Managing Member
Title of authorized signatory of Filing Party

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed *Part 1 - Declaration of Authorized Signatory of Debtor or Other Party* of this *Declaration* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration* and the Filed Document available for review upon request of the court or other parties.

10/8/15
Date

_____
Signature of attorney for Filing Party

Michael G. Spector
Printed Name of attorney for Filing Party

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015                                                                      F 1002-1.DEC.ELEC.FILING.CORP

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re  OM Restaurant Management, LLC

Debtor(s)

Case No. _____

Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| U.S. Foods<br>File #6993<br>Los Angeles, CA 90074-6993 | U.S. Foods<br>File #6993<br>Los Angeles, CA 90074-6993<br>714-670-3500 | Vendor | | 23,446.30 |
| Harbor Distributing, LLC<br>P.O. Bix 842685<br>Los Angeles, CA 90084-2685 | Harbor Distributing, LLC<br>P.O. Bix 842685<br>Los Angeles, CA 90084-2685<br>714-712-2490 | Vendor | | 13,275.50 |
| Southern Wine & Spirits<br>File 56002<br>Los Angeles, CA 90074-6002 | Southern Wine & Spirits<br>File 56002<br>Los Angeles, CA 90074-6002<br>800-282-4797 | Vendor | | 5,913.87 |
| Pepe's Produce<br>640 S. Grand Ave., #108<br>Santa Ana, CA 92705 | Pepe's Produce<br>640 S. Grand Ave., #108<br>Santa Ana, CA 92705<br>714-543-5405 | Vendor | | 3,156.71 |
| Premier Patio Heating Specialists<br>P.O. Box 6470<br>Oceanside, CA 92052 | Premier Patio Heating Specialists<br>P.O. Box 6470<br>Oceanside, CA 92052<br>760-504-0100 | Services | | 2,071.44 |
| Micha Mottale<br>210 W. First St.<br>Santa Ana, CA 92701 | Micha Mottale<br>W. First St.<br>Santa Ana, CA 92701 | | | 1,500.00 |
| Youngs Market Company<br>P.O. Box 30145<br>Los Angeles, CA 90030-0145 | Youngs Market Company<br>P.O. Box 30145<br>Los Angeles, CA 90030-0145<br>800-627-2777 | Vendor | | 1,492.32 |
| Bevinco of Orange County<br>25332 Posada Ln.<br>Mission Viejo, CA 92691 | Bevinco of Orange County<br>25332 Posada Ln.<br>Mission Viejo, CA 92691<br>949-830-0069 | Vendor | | 975.00 |
| Republic Master Chefs<br>P.O. Box 15267<br>Los Angeles, CA 90015 | Republic Master Chefs<br>P.O. Box 15267<br>Los Angeles, CA 90015<br>800-640-2433 | Services | | 956.21 |

B4 (Official Form 4) (12/07) - Cont.

In re   OM Restaurant Management, LLC   Case No. _____
                  Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Bread Artisan Bakery<br>1943 E. Pomona St.<br>Santa Ana, CA 92705 | Bread Artisan Bakery<br>1943 E. Pomona St.<br>Santa Ana, CA 92705<br>310-592-8951 | Vendor | | 809.90 |
| Auto Chlor System<br>530 Goetz Ave.<br>Santa Ana, CA 92707 | Auto Chlor System<br>530 Goetz Ave.<br>Santa Ana, CA 92707<br>714-668-1738 | Vendor | | 740.21 |
| Tower Group Companies<br>P.O. Box 100720<br>Pasadena, CA 91189-0720 | Tower Group Companies<br>P.O. Box 100720<br>Pasadena, CA 91189-0720<br>877-883-6599 | Insurance | | 251.00 |
| Glass Act<br>9462 La Colonia<br>Fountain Valley, CA 92708 | Glass Act<br>9462 La Colonia<br>Fountain Valley, CA 92708<br>714-350-5804 | Repairs | | 120.00 |
| Farmer Bros. Co.<br>P.O. Box 79705<br>City of Industry, CA 91716-9705 | Farmer Bros. Co.<br>P.O. Box 79705<br>City of Industry, CA 91716-9705<br>800-735-2878 x5282 | Vendor | Disputed | 98.95 |
| Sharp Edge<br>P.O. Box 1466<br>Garden Grove, CA 92842 | Sharp Edge<br>P.O. Box 1466<br>Garden Grove, CA 92842<br>714-720-3778 | Vendor | | 76.60 |
| Matheny Consulting<br>1800 N. Bristol, Ste. C192<br>Santa Ana, CA 92706 | Matheny Consulting<br>1800 N. Bristol, Ste. C192<br>Santa Ana, CA 92706<br>714-442-9099 | Services | | 75.00 |
| Giant CO2<br>531 Goetz Ave.<br>Santa Ana, CA 92707 | Giant CO2<br>531 Goetz Ave.<br>Santa Ana, CA 92707<br>714-979-4000 | Vendor | | 73.22 |
| Korne Foods Enterprises, Inc.<br>850 E. Parkridge Ave., Ste. 113<br>Corona, CA 92879 | Korne Foods Enterprises, Inc.<br>850 E. Parkridge Ave., Ste. 113<br>Corona, CA 92879 | Vendor | | 42.00 |
| Lahna Beasley<br>c/o THE SPENCER LAW FIRM<br>903 Calle Amanecer, Ste. 220<br>San Clemente, CA 92673 | Lahna Beasley<br>c/o THE SPENCER LAW FIRM<br>903 Calle Amanecer, Ste. 220<br>San Clemente, CA 92673 | Lawsuit | | Unknown |
| Leah York<br>c/o THE SPENCER LAW FIRM<br>903 Calle Amanecer, Ste. 220<br>San Clemente, CA 92673 | Leah York<br>c/o THE SPENCER LAW FIRM<br>903 Calle Amanecer, Ste. 220<br>San Clemente, CA 92673 | Lawsuit | Unliquidated<br>Disputed | Unknown |

B4 (Official Form 4) (12/07) - Cont.

In re  **OM Restaurant Management, LLC**                                Case No. _____
                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **October 8, 2015**           Signature   **/s/ Michael F. Harrah**
                                              **Michael F. Harrah**
                                              **Managing Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Michael G. Spector**<br>**2677 North Main Street, Suite 910**<br>**Santa Ana, CA 92705**<br>**714-835-3130 Fax: 714-558-7435**<br>California State Bar Number: **145035**<br>mgspector@aol.com | FOR COURT USE ONLY |
|---|---|
| ☐ *Debtor(s) appearing without an attorney*<br>■ *Attorney for Debtor(s):* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**OM Restaurant Management, LLC**<br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br><br>**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(d)]** |
|---|---|

Pursuant to LBR 1007-1(d), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __3__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **October 8, 2015**            /s/ **Michael F. Harrah**
                                      Debtor's signature

Date: **October 8, 2015**            
                                      Joint Debtor's signature (if applicable)

Date: **October 8, 2015**            /s/ **Michael G. Spector**
                                      Attorney's signature (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2014*                              F 1007-1.MAILING.LIST.VERIFICATION

OM Restaurant Management, LLC
1103 N. Broadway
Santa Ana, CA 92701


Michael G. Spector
Law Offices of Michael G. Spector
2677 North Main Street, Suite 910
Santa Ana, CA 92705


Auto Chlor System
530 Goetz Ave.
Santa Ana, CA 92707


Bevinco of Orange County
25332 Posada Ln.
Mission Viejo, CA 92691


Bread Artisan Bakery
1943 E. Pomona St.
Santa Ana, CA 92705


Farmer Bros. Co.
P.O. Box 79705
City of Industry, CA 91716-9705


Giant CO2
531 Goetz Ave.
Santa Ana, CA 92707


Glass Act
9462 La Colonia
Fountain Valley, CA 92708

Harbor Distributing, LLC
P.O. Bix 842685
Los Angeles, CA 90084-2685


Korne Foods Enterprises, Inc.
850 E. Parkridge Ave., Ste. 113
Corona, CA 92879


Lahna Beasley
c/o THE SPENCER LAW FIRM
903 Calle Amanecer, Ste. 220
San Clemente, CA 92673


LAW OFFICES OF GOLDBERG & GAGE
23002 Victory Blvd.
Woodland Hills, CA 91367


Leah York
c/o THE SPENCER LAW FIRM
903 Calle Amanecer, Ste. 220
San Clemente, CA 92673


Matheny Consulting
1800 N. Bristol, Ste. C192
Santa Ana, CA 92706


Micha Mottale
210 W. First St.
Santa Ana, CA 92701


Pepe's Produce
640 S. Grand Ave., #108
Santa Ana, CA 92705

Premier Patio Heating Specialists
P.O. Box 6470
Oceanside, CA 92052


Rachael Segui
c/o THE SPENCER LAW FIRM
903 Calle Amanecer, Ste. 220
San Clemente, CA 92673


Republic Master Chefs
P.O. Box 15267
Los Angeles, CA 90015


Sharp Edge
P.O. Box 1466
Garden Grove, CA 92842


Southern Wine & Spirits
File 56002
Los Angeles, CA 90074-6002


Tower Group Companies
P.O. Box 100720
Pasadena, CA 91189-0720


U.S. Foods
File #6993
Los Angeles, CA 90074-6993


Youngs Market Company
P.O. Box 30145
Los Angeles, CA 90030-0145