B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition<br>AMENDED |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**OM Restaurant Management, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Original Mike's** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**87-0736208** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1103 N. Broadway**<br>**Santa Ana, CA**<br>ZIP Code **92701** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Orange** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13   ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."   ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)   **- AMENDED**

Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **OM Restaurant Management, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                            Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **OM Restaurant Management, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Michael G. Spector**
Signature of Attorney for Debtor(s)

**Michael G. Spector 145035**
Printed Name of Attorney for Debtor(s)

**Law Offices of Michael G. Spector**
Firm Name

**2677 North Main Street, Suite 910**
**Santa Ana, CA 92705**

_____
Address

**Email: mgspector@aol.com**
**714-835-3130  Fax: 714-558-7435**
Telephone Number

**October 16, 2015               145035**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Michael F. Harrah**
Signature of Authorized Individual

**Michael F. Harrah**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**October 16, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

12:48 PM
10/13/15
Accrual Basis

# ORIGINAL MIKE'S
## Balance Sheet
### As of September 30, 2015

|  | Sep 30, 15 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1060 · Petty Cash Account | 1,994.16 |
| 1000 · Operating Account #3240 | -214,030.72 |
| 1010 · Payroll Account # 9723 | -10,378.43 |
| **Total Checking/Savings** | **-222,414.99** |
| | |
| **Other Current Assets** | |
| 12000 · Undeposited Funds/Cash, C.C | 10,388.85 |
| 1260 · Loan to 100 S. Main, LLC | -0.06 |
| 1030 · Cash in Safe | 6,000.00 |
| 1040 · House Account | 20,809.78 |
| 1220 · Bar Inventory | 24,859.65 |
| 1230 · Due to/from Caribou Cactus | -463,925.00 |
| 1250 · Food Inventory | 4,008.75 |
| **Total Other Current Assets** | **-397,858.03** |
| | |
| **Total Current Assets** | **-620,273.02** |
| | |
| **Fixed Assets** | |
| 1300 · Accumulated Depreciation | -263,637.00 |
| 1410 · Furniture and Equipment | 273,824.37 |
| **Total Fixed Assets** | **10,187.37** |
| | |
| **TOTAL ASSETS** | **-610,085.65** |
| | |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 20000 · Accounts Payable | 118,293.05 |
| **Total Accounts Payable** | **118,293.05** |
| | |
| **Other Current Liabilities** | |
| Payroll Tax Payable | 3,618.96 |
| 25500 · Sales Tax Payable | 13,460.28 |
| 2010 · ATM | -3,720.00 |
| 2020 · Gift Certificates Outstanding | -34,885.30 |
| 2030 · Loan Payable - Cactus Fin'l. | 1,021,113.85 |
| **Total Other Current Liabilities** | **999,587.79** |
| | |
| **Total Current Liabilities** | **1,117,880.84** |
| | |
| **Total Liabilities** | **1,117,880.84** |

**12:48 PM**
**10/13/15**
**Accrual Basis**

## ORIGINAL MIKE'S
### Balance Sheet
#### As of September 30, 2015

|  | Sep 30, 15 |
|---|---|
| **Equity** | |
| 3060 · Retained Earnings/Member Equity | -1,539,086.28 |
| Net Income | -188,880.21 |
| **Total Equity** | -1,727,966.49 |
|  | |
| **TOTAL LIABILITIES & EQUITY** | -610,085.65 |

12:49 PM
10/13/15
Accrual Basis

# ORIGINAL MIKE'S
# Profit & Loss
### January through September 2015

| | Jan - Sep 15 |
|---|---:|
| **Income** | |
| 4025 · LBW Sales | |
| 4080 · Wine Sales | 26,863.41 |
| 4050 · Liquor Sales | 652,728.45 |
| 4030 · Beer Sales | 632,809.86 |
| Total 4025 · LBW Sales | 1,312,401.72 |
| | |
| 7000 · Door Charges | 221,300.41 |
| 4000 · Misc. Income | 15,000.00 |
| 4020 · Cigar Sales | 3,096.93 |
| 4040 · Food Sales | 628,056.06 |
| 4070 · Retail | 552.37 |
| **Total Income** | 2,180,407.49 |
| | |
| **Cost of Goods Sold** | |
| 5025 · LBW Purchases | |
| 5050 · Liquor Purchases | 108,559.84 |
| 5030 · Beer Purchases | 170,041.96 |
| Total 5025 · LBW Purchases | 278,601.80 |
| | |
| 5040 · Food Purchases | 325,549.91 |
| 5300 · Entertainment | 208,281.80 |
| 5600 · Comps | 36,265.86 |
| **Total COGS** | 848,699.37 |
| | |
| **Gross Profit** | 1,331,708.12 |
| | |
| **Expense** | |
| 5161 · Restaurant Equipment | 423.99 |
| 5201 · Agency Checks | 4,347.56 |
| 5070 · China, Glass & Silver | 4,113.54 |
| 6245 · LLC Fee | 6,000.00 |
| 5065 · Leased Equipment | |
| 5066 · Patio Heaters | 4,233.96 |
| Total 5065 · Leased Equipment | 4,233.96 |
| | |
| 6240 · Taxes | |
| 6241 · Business Tax | 3,414.50 |
| 6242 · Property Tax | 6,907.21 |
| 6240 · Taxes - Other | 800.00 |
| Total 6240 · Taxes | 11,121.71 |
| | |
| 5222 · Employer Payroll Taxes | 58,500.79 |
| 5240 · Payroll Processing Fees | 2,455.93 |
| 6175 · Paper Goods | 16,525.51 |

Page 1 of 3

12:49 PM
10/13/15
Accrual Basis

# ORIGINAL MIKE'S
## Profit & Loss
### January through September 2015

| | Jan - Sep 15 |
|---|---:|
| 5501 · Medical Expenses | 795.03 |
| 5500 · Worker's Comp Insurance | 23,444.00 |
| 5400 · Merchant Account Fees | 29,511.72 |
| 5100 · Outside Services | 83,688.40 |
| 5060 · Restaurant Supplies | 2,405.63 |
| 5200 · Gross Wages | |
|     5220 · Payroll Taxes | |
|         5221 · Employee Payroll Taxes | 86,360.08 |
|         5220 · Payroll Taxes - Other | 30.00 |
|     Total 5220 · Payroll Taxes | 86,390.08 |
| | |
|     5200 · Gross Wages - Other | 338,323.00 |
| Total 5200 · Gross Wages | 424,713.08 |
| | |
| 5000 · Kitchen Expense | 3,523.17 |
| 6000 · Legal-Accounting Fees | 8,330.90 |
| 6010 · Advertising and Promotion | 1,594.07 |
| 6040 · Bank Service Charges | |
|     6042 · Chargebacks | 456.91 |
|     6040 · Bank Service Charges - Other | -288.62 |
| Total 6040 · Bank Service Charges | 168.29 |
| | |
| 6050 · Cable | 7,696.95 |
| 6060 · Cleaning Expenses | |
|     6063 · Kitchen Cleaning Supplies | 9,034.51 |
|     6062 · Janitorial Supplies | 10,501.66 |
| Total 6060 · Cleaning Expenses | 19,536.17 |
| | |
| 6070 · Computer and Internet Expenses | 8,901.30 |
| 6080 · Donation | 1,700.00 |
| 6100 · Event Rental Expense | 192.78 |
| 6110 · Insurance Expense | 26,109.32 |
| 6120 · Licenses and Permits | 8,023.66 |
| 6130 · Maintenance | |
|     6132 · Glass Cleaning | 1,200.00 |
|     6130A · Fire Alarm Maintenance | 900.00 |
|     6130 · Maintenance - Other | 5,570.55 |
| Total 6130 · Maintenance | 7,670.55 |
| | |
| 6150 · Office Supplies | 980.50 |
| 6200 · Professional Fees | 3,983.00 |
| 6210 · Rent Expense | 586,640.00 |
| 6220 · Repairs | 34,871.89 |
| 6230 · Security | 29,068.00 |
| 6260 · Telephone Expense | 7,384.97 |

**12:49 PM**
**10/13/15**
**Accrual Basis**

# ORIGINAL MIKE'S
## Profit & Loss
### January through September 2015

|  | Jan - Sep 15 |
| --- | ---: |
| 6400 · Uniforms | 175.95 |
| 6410 · Laundry | 12,458.12 |
| 6500 · Utilities |  |
|    6600 · Waste Disposal | 7,952.75 |
|    6510 · Gas | 9,887.95 |
|    6520 · Electric | 55,077.39 |
|    6530 · Water | 6,379.80 |
| Total 6500 · Utilities | 79,297.89 |
|  |  |
| **Total Expense** | 1,520,588.33 |
|  |  |
| **Net Income** | -188,880.21 |

TAXABLE YEAR
**2014** Limited Liability Company Return of Income

CALIFORNIA FORM
**568**

RP

200427910311  OMRE ~~27-2736208~~          14    PBA    722110
TYB  01-01-2014   TYE  12-31-2014
OM RESTAURANT MANAGEMENT LLC

1103 N BROADWAY
SANTA ANA          CA   92701

ACCTMETHOD 2  09-01-2004  ASSETS    30,868.
INITIAL 0  FINAL 0  AMENDED 0

Complete Schedule IW, LLC Income Worksheet (on Side 7) first to determine Line 1.

| | | | Whole dollars only |
|---|---|---|---|
| 1 | Total income from Schedule IW, Limited Liability Company Income Worksheet. See instructions. | 1 | 2,822,456. |
| 2 | Limited Liability Company fee. See instructions. | 2 | 6,000. |
| 3 | 2014 annual Limited Liability Company tax. See instructions. | 3 | 800. |
| 4 | Nonconsenting nonresident members' tax liability from Schedule T (Side 4) | 4 | |
| 5 | **Total tax and fee.** Add line 2, line 3, and line 4. | 5 | 6,800. |
| 6 | Amount paid with form FTB 3537 and 2014 form FTB 3522 and form FTB 3536 | 6 | 6,800. |
| 7 | Overpayment from prior year allowed as a credit | 7 | |
| 8 | Withholding (Form 592-B and/or 593) | 8 | |
| 9 | **Total payments.** Add line 6, line 7, and line 8 | 9 | 6,800. |
| 10 | **Tax and fee due.** If line 5 is more than line 9, subtract line 9 from line 5. | 10 | |
| 11 | **Overpayment.** If line 9 is more than line 5, subtract line 5 from line 9. | 11 | |
| 12 | Amount of line 11 to be credited to 2015 tax or fee | 12 | |
| 13 | **Use Tax.** See instructions. | 13 | |
| 14 | Refund. If the total of line 12 and line 13 is less than line 11; subtract the total from line 11. | 14 | |
| 15 | Penalties and interest. See instructions. | 15 | |
| 16 | **Total amount due.** Add line 10, line 12, line 13, and line 15, then subtract line 11 from the result. | 16 | |

Enclose, but do not staple, any payment.

CALA0112L  12/31/14

Form **1065**

Department of the Treasury
Internal Revenue Service

## U.S. Return of Partnership Income

For calendar year 2014, or tax year beginning _____, 2014,
ending _____, 20 ____.
► Information about Form 1065 and its separate instructions is at *www.irs.gov/form1065.*

OMB No. 1545-0123

**2014**

| | |
|---|---|
| **A** Principal business activity<br>RESTAURANT | |
| **B** Principal product or service<br>FULL SERVICE | Type<br>or<br>Print |
| **C** Business code number<br>722511 | |

SAS INVESTMENTS, L.P.
1103 N. BROADWAY
SANTA ANA, CA 92701

**D** Employer identification no.

**E** Date business started
1/01/2004

**F** Total assets (see the instrs)
$ 30,868.

**G** Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change (5) ☐ Amended return
(6) ☐ Technical termination – also check (1) or (2)

**H** Check accounting method: (1) ☐ Cash (2) ☐ Accrual (3) ☒ Other (specify) ► SEE STMT ATTACHED

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ► 2

**J** Check if Schedules C and M-3 are attached ............................................................. ☐

**Caution.** Include **only** trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

| | | | |
|---|---|---:|---:|
| **1a** Gross receipts or sales | **1a** | 2,822,456. | |
| **b** Returns and allowances | **1b** | | |
| **c** Balance. Subtract line 1b from line 1a | **1c** | | 2,822,456. |
| **2** Cost of goods sold (attach Form 1125-A) | **2** | | 1,123,480. |
| **3** Gross profit. Subtract line 2 from line 1c | **3** | | 1,698,976. |
| **4** Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | **4** | | |
| **5** Net farm profit (loss) (attach Schedule F (Form 1040)) | **5** | | |
| **6** Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | **6** | | |
| **7** Other income (loss) (attach statement) | **7** | | |
| **8** **Total income (loss).** Combine lines 3 through 7 | **8** | | 1,698,976. |
| **9** Salaries and wages (other than to partners) (less employment credits) | **9** | | 585,470. |
| **10** Guaranteed payments to partners | **10** | | |
| **11** Repairs and maintenance | **11** | | 58,453. |
| **12** Bad debts | **12** | | |
| **13** Rent | **13** | | |
| **14** Taxes and licenses. SEE STATEMENT 1 | **14** | | 648,192. |
| **15** Interest | **15** | | 91,503. |
| **16a** Depreciation (if required, attach Form 4562) | **16a** | 752. | |
| **b** Less depreciation reported on Form 1125-A and elsewhere on return | **16b** | | |
| | **16c** | | 752. |
| **17** Depletion **(Do not deduct oil and gas depletion.)** | **17** | | 15,684. |
| **18** Retirement plans, etc. | **18** | | |
| **19** Employee benefit programs | **19** | | |
| **20** Other deductions (attach statement) SEE STATEMENT 2 | **20** | | 541,473. |
| **21** **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | **21** | | 1,941,527. |
| **22** **Ordinary business income (loss).** Subtract line 21 from line 8 | **22** | | -242,551. |

(left margin: INCOME / SEE INSTRS FOR LIMITATIONS / DEDUCTIONS)

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member manager) is based on all information of which preparer has any knowledge.

► _____
Signature of general partner or limited liability company member manager                Date

May the IRS discuss this return with the preparer shown below (see instrs)? ☒ Yes ☐ No

**Paid Preparer Use Only**

| | |
|---|---|
| Print/Type preparer's name<br>SUSAN K. BACHTELLE | Preparer's signature | Date 9-7-15 | Check ☐ if self-employed | PTIN P00011991 |
| Firm's name ► BACHTELLE VOSSMAN & COMPANY | Firm's EIN ► |
| Firm's address ► 2 PARK PLAZA, SUITE 300<br>IRVINE, CA 92614-8513 | Phone no. (949) 851-6271 |

BAA For Paperwork Reduction Act Notice, see separate instructions.
PTPA0105L 12/23/14
Form **1065** (2014)



# 2014 FEDERAL DEPRECIATION SCHEDULE

**12/31/14**                                                                            **PAGE 1**

### SAS INVESTMENTS, L.P.

27-0082161

| NO. | DESCRIPTION | DATE ACQUIRED | DATE SOLD | COST/ BASIS | BUS. PCT | CUR 179 BONUS | SPECIAL DEPR. ALLOW | PRIOR 179/ BONUS/ SP DEPR | PRIOR DEC. BAL DEPR | SALVAG /BASIS REDUCT | DEPR. BASIS | PRIOR DEPR | METHOD | LIFE | RATE | CURRENT DEPR. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **FORM 1065** | | | | | | | | | | | | | | | |
| 2 | COMPUTER EQUIP.- O M REST | 8/15/05 | | 11,292 | | | | | | | 11,292 | 11,292 | 200DB HY | 5 | | 0 |
| 3 | OFFICE FURNITURE- OM REST | 1/29/06 | | 13,723 | | | | | | | 13,723 | 13,723 | 200DB HY | 7 | | 0 |
| 4 | OFFICE FURNITURE- OM REST | 2/06/06 | | 775 | | | | | | | 775 | 775 | 200DB HY | 7 | | 0 |
| 5 | COMPUTER EQUIP.- OM REST. | 4/29/06 | | 6,726 | | | | | | | 6,726 | 6,726 | 200DB HY | 5 | | 0 |
| 6 | REST. EQUIP. - OM REST. | 7/01/05 | | 196,631 | | | | | | | 196,631 | 196,631 | 200DB HY | 5 | | 0 |
| 7 | POINT OF SALE SYS. - OMR | 7/01/05 | | 18,185 | | | | | | | 18,185 | 17,375 | 200DB HY | 7 | | 0 |
| 8 | REST. EQUIP. - O.M. REST. | 7/01/06 | | 3,069 | | | | | | | 3,069 | 2,933 | 200DB HY | 7 | | 0 |
| 9 | REST. EQUIP. - O.M. REST. | 7/01/07 | | 16,853 | | | | | | | 16,853 | 15,049 | 200DB HY | 7 | .04460 | 752 |
| 10 | REST. EQUIP. - O.M. REST. | 7/01/09 | | 6,570 | | | | | | | 6,570 | 6,570 | 200DB HY | 7 | .08920 | 0 |
| | **TOTAL** | | | 273,824 | | 0 | 0 | 0 | 0 | 0 | 273,824 | 271,074 | | | | 752 |
| | **TOTAL DEPRECIATION** | | | 273,824 | | 0 | 0 | 0 | 0 | 0 | 273,824 | 271,074 | | | | 752 |
| | **GRAND TOTAL DEPRECIATION** | | | 273,824 | | 0 | 0 | 0 | 0 | 0 | 273,824 | 271,074 | | | | 752 |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Michael G. Spector - Bar No. 145035**<br>**Law Offices of Michael G. Spector**<br>**2677 North Main Street, Suite 910**<br>**Santa Ana, CA 92705**<br>**714-835-3130 Fax: 714-558-7435**<br><br>*Attorney for:* | CASE NO.: 8:15-bk-14927-CB<br>CHAPTER: 11<br>ADVERSARY NO.:<br>(if applicable) |
| In re:<br><br>    OM Restaurant Management, LLC<br><br>                               Debtor(s). | ELECTRONIC FILING DECLARATION<br>(CORPORATION/PARTNERSHIP)<br><br>[LBR 1006-1(h)] |

☐ Petition, statement of affairs, schedules or lists        Date Filed: _____
☒ Amendments to the petition, statement of affairs, schedules or lists    Date Filed: _10|19|15_
☐ Other: *(specify):* _____               Date Filed: _____

### PART I - DECLARATION OF SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed printed copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

X _10-16-15_ _____          _____
Date                                    Signature of authorized signatory of Filing Party

                                       Michael Harrah
                                       Printed Name of Authorized Signatory of Filing Party

                                       Manager
                                       Title of authorized signatory of Filing Party

### PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed *Part I - Declaration of Authorized Signatory of Debtor or Other Party* of this *Declaration* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration* and the Filed Document available for review upon request of the court or other parties.

_10/16/15_ _____          _____
Date                                    Signature of attorney for Filing Party

                                       Michael G. Spector
                                       Printed Name of attorney for Filing Party

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015                                              F 1002-1.DEC.ELEC.FILING.CORP