Michael G. Spector-Bar No. 145035
Vicki L. Schennum (Of Counsel)-Bar No. 159628
**LAW OFFICES OF MICHAEL G. SPECTOR**
2677 North Main Street, Suite 910
Santa Ana, California 92705
Telephone: (714)835-3130 - Michael G. Spector
Telephone: (714)536-1983 - Vicki L. Schennum
Facsimile:  (714)558-7435
Email- *mgspector@aol.com*
Email - *schennumlaw@gmail.com*

[Proposed] Attorneys for Debtor
OM RESTAURANT MANAGEMENT, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

| | |
|---|---|
| IN RE | Case No. 8:15-bk-14927-CB |
| | Chapter 11 |
| | **DEBTOR'S:** |
| | 1.    **CORPORATE OWNERSHIP STATEMENT;** |
| | 2.    **LIST OF EQUITY SECURITY HOLDERS;** |
| **OM RESTAURANT MANAGEMENT, LLC, dba ORIGINAL MIKE'S,** | 3.    **STATEMENT OF RELATED CASES;** |
| | 4.    **SUMMARY OF SCHEDULES;** |
| | 5.    **STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA;** |
| | 6.    **SCHEDULE A, B, D-H;** |
| | 7.    **DECLARATION CONCERNING DEBTOR'S SCHEDULES;** |
| | 8.    **STATEMENT OF FINANCIAL AFFAIRS;** |
| Debtor. | 9.    **D I S C L O S U R E   O F C O M P E N S A T I O N   O F ATTORNEY FOR DEBTOR;** |
| | [NO HEARING REQUIRED] |

////

////

////

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Michael G. Spector**<br>**2677 North Main Street, Suite 910**<br>**Santa Ana, CA 92705**<br>**714-835-3130 Fax: 714-558-7435**<br>California State Bar Number: 145035<br>mgspector@aol.com | |
| ☑ *Attorney for:* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    **OM Restaurant Management, LLC**<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br><br>Defendant(s). | CASE NO.: 8:15-bk-14927-CB<br>ADVERSARY NO.:<br>CHAPTER:    11 |
|---|---|
| | **CORPORATE OWNERSHIP STATEMENT**<br>**PURSUANT TO  FRBP 1007(a)(1)**<br>**and 7007.1, and LBR 1007-4** |
| | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    Michael F. Harrah                                    , the undersigned in the above-captioned case, hereby declare
     *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                          **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.       I have personal knowledge of the matters set forth in this Statement because:

           ☑ I am the president or other officer or an authorized agent of the Debtor corporation

           ☐ I am a party to an adversary proceeding

           ☐ I am a party to a contested matter

           ☐ I am the attorney for the Debtor corporation

2.a.    ☑ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests: **SAS Investment, L.P. (100%)**

            *[For additional names, attach an addendum to this form.]*

b.      ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| | |
|---|---|
| 10/23/2015 | By:   /s/ Michael F. Harrah |
| Date | Signature of Debtor, or attorney for Debtor |

Name:     **Michael F. Harrah**

                Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                            **F 1007-4.CORP.OWNERSHIP.STMT**

# United States Bankruptcy Court
## Central District of California

In re    **OM Restaurant Management, LLC**

_____
                                          Debtor

Case No.    **8:15-bk-14927-CB**

Chapter                **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **SAS Investment, L.P.** **1103 N. Broadway** **Santa Ana, CA 92701** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**October 23, 2015**_____

Signature _**/s/ Michael F. Harrah**_____
                     **Michael F. Harrah**
                     **Manager**

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**___ continuation sheets attached to List of Equity Security Holders

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  **Santa Ana** , California.

Date:  **October 23, 2015**

/s/ **Michael F. Harrah**
**Michael F. Harrah**
Signature of Debtor


Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    *Page 1*                    **F 1015-2.1.STMT.RELATED.CASES**

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Central District of California

In re    **OM Restaurant Management, LLC**
_____,
                           Debtor

Case No.   **8:15-bk-14927-CB**

Chapter                **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 73,528.94 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 13,460.28 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 26 | | 1,076,188.08 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 35 | | | |
| Total Assets | | | 73,528.94 | | |
| Total Liabilities | | | | 1,089,648.36 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Central District of California

In re    **OM Restaurant Management, LLC**

_____
                                    Debtor

Case No.    **8:15-bk-14927-CB**
_____

Chapter    **11**
_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **OM Restaurant Management, LLC**                                          Case No.    **8:15-bk-14927-CB**
_____ ,
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) | |
| Total > | 0.00 | | |
| | (Report also on Summary of Schedules) | | |

__0__   continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **OM Restaurant Management, LLC**                                      Case No.   __8:15-bk-14927-CB__
                                                                      ,
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash** | - | 5,000.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Farmers & Merchants Bank - Checking (Acct. 6245)** | - | 25,614.99 |
| | | **Farmers & Merchants Bank - Payroll (Acct. 6237)** | - | 5,144.54 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >           35,759.53
(Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **OM Restaurant Management, LLC**                                  Case No.   __8:15-bk-14927-CB__
_____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        0.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **OM Restaurant Management, LLC**                                    Case No.  **8:15-bk-14927-CB**
_____,
                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Tables, Chairs, Bar Stools, etc. | - | 0.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Equipment & Supplies | - | 752.00 |
| 30. Inventory. | | Food Inventory | - | 4,427.00 |
| | | Liquor Inventory | - | 32,590.41 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 37,769.41 |
| (Total of this page) | |
| Total > | 73,528.94 |

Sheet  **2**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    **OM Restaurant Management, LLC**                                    Case No.    **8:15-bk-14927-CB**
_____
                                Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| **0**   continuation sheets attached | | | Subtotal (Total of this page) | | | | | |
| | | | Total (Report on Summary of Schedules) | | | | 0.00 | 0.00 |

B6E (Official Form 6E) (4/13)

In re   **OM Restaurant Management, LLC**                                    Case No.   __8:15-bk-14927-CB__
                                                    _____,
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

_____1____ continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re  **OM Restaurant Management, LLC**

Debtor

Case No.  **8:15-bk-14927-CB**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | | | |
| Employment Development Dept. P. O. Box 826880 MIC-92E Sacramento, CA 94280 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | Notice Only | | | | | | |
| Franchise Tax Board BK Section, MS: A-340 P.O. Box 2952 Sacramento, CA 95812 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | Notice Only | | | | | | |
| Internal Revenue Services P.O. Box 7346 Philadelphia, PA 19101-7346 | - | | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | Sales Tax | | | | | | |
| State Board of Equalization P.O. Box 942879 Sacramento, CA 94279-0001 | - | | | | | | 13,460.28 | 13,460.28 | 0.00 |
| Account No. | | | | | | | | | |

| | | | | Subtotal (Total of this page) | 13,460.28 | 13,460.28 0.00 |
|---|---|---|---|---|---|---|
| | | | | Total (Report on Summary of Schedules) | 13,460.28 | 13,460.28 0.00 |

Sheet  1  of  1  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

B6F (Official Form 6F) (12/07)

In re   **OM Restaurant Management, LLC**                                          Case No.   **8:15-bk-14927-CB**
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Amezwa, Fabiola <br> 320 N. Park Vista St. <br> Anaheim, CA 92806 | | - | Notice Only | | | | Unknown |
| Account No. <br><br> Anonales, Magdalena <br> 2020 Almont Ave., #B <br> Anaheim, CA 92706 | | - | Notice Only | | | | Unknown |
| Account No. <br><br> Auto Chlor System <br> 530 Goetz Ave. <br> Santa Ana, CA 92707 | | - | Vendor | | | | 740.21 |
| Account No. <br><br> Avelino, Isaac <br> 706 B Shalimar Dr. <br> Costa Mesa, CA 92627 | | - | Notice Only | | | | Unknown |

__25__  continuation sheets attached

Subtotal                            740.21
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **OM Restaurant Management, LLC**                          , Case No.    **8:15-bk-14927-CB**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. | | | | | Notice Only | | | | |
| Banuelos, Monica<br>4307 W. Silver Dr.<br>Santa Ana, CA 92703 | - | | | | | | | | Unknown |
| Account No. | | | | | Notice Only | | | | |
| Barreto, Erik<br>687 W. 18th St., #22<br>Costa Mesa, CA 92627 | - | | | | | | | | Unknown |
| Account No. | | | | | Notice Only | | | | |
| Basillo, Alan<br>12062 Bayport St., Apt. 1<br>Garden Grove, CA 92840 | - | | | | | | | | Unknown |
| Account No. | | | | | Lawsuit | | X | X | |
| Beasley, Lahna<br>c/o THE SPENCER LAW FIRM<br>903 Calle Amanecer, Ste. 220<br>San Clemente, CA 92673 | - | | | | | | | | Unknown |
| Account No. | | | | | Representing:<br>Beasley, Lahna | | | | Notice Only |
| LAW OFFICES OF GOLDBERG & GAGE<br>23002 Victory Blvd.<br>Woodland Hills, CA 91367 | | | | | | | | | |

Sheet no. __1__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    __OM Restaurant Management, LLC__                              Case No.    __8:15-bk-14927-CB__
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice Only | | | | |
| Bernardino, Josue 3200 W. 5th St., Apt. 710 Santa Ana, CA 92703 | | - | | | | | | Unknown |
| Account No. | | | | Vendor | | | | |
| Bevinco of Orange County 25332 Posada Ln. Mission Viejo, CA 92691 | | - | | | | | | 975.00 |
| Account No. | | | | Notice Only | | | | |
| Bonilla, Ana 2801 B. Bristol St., Apt. 53 Santa Ana, CA 92706 | | - | | | | | | Unknown |
| Account No. | | | | Vendor | | | | |
| Bread Artisan Bakery 1943 E. Pomona St. Santa Ana, CA 92705 | | - | | | | | | 809.90 |
| Account No. | | | | Loan | | | | |
| Cactus Financial, Inc. 1103 N. Broadway Santa Ana, CA 92701 | | - | | | | | | 1,021,113.85 |

Sheet no. __2__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)        1,022,898.75

B6F (Official Form 6F) (12/07) - Cont.

In re    **OM Restaurant Management, LLC**                                    Case No.    **8:15-bk-14927-CB**
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  Canchola, Ana 1523 Lark Ln. Corona, CA 92882 | - | | | Notice Only | | | | Unknown |
| Account No.  Carrillo, Christina 14712 Del Amo, Apt. D Tustin, CA 92780 | - | | | Notice Only | | | | Unknown |
| Account No.  Castaneda, Jose 218 E. Pine St. Santa Ana, CA 92701 | - | | | Notice Only | | | | Unknown |
| Account No.  Chan, Juan 2410 Evergreen Santa Ana, CA 92707 | - | | | Notice Only | | | | Unknown |
| Account No.  Chavez, Araceli 1392 San Juan St. Tustin, CA 92780 | - | | | Notice Only | | | | Unknown |

Sheet no. __3__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **OM Restaurant Management, LLC**                                        Case No.  __8:15-bk-14927-CB__
_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| Clanahan, Callie 2700 Peterson Place, #34A Costa Mesa, CA 92626 | - | | | | | | Unknown |
| Account No. | | | Notice Only | | | | |
| Cresencio, Telumbre 815 E. 15th St., #10 Santa Ana, CA 92701 | - | | | | | | Unknown |
| Account No. | | | Notice Only | | | | |
| Daneshvar, Romina 2090 Villa Heights Rd. Pasadena, CA 91107 | - | | | | | | Unknown |
| Account No. | | | Notice Only | | | | |
| Enciso, Denise 1324 W. Elder Ave. Santa Ana, CA 92704 | - | | | | | | Unknown |
| Account No. | | | Notice Only | | | | |
| Espinosa, Juan 202 1/2 S. Birch St. Santa Ana, CA 92701 | - | | | | | | Unknown |

Sheet no. __4__ of __25__ sheets attached to Schedule of          Subtotal
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **OM Restaurant Management, LLC**                                          Case No.    **8:15-bk-14927-CB**
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Espinoza, David Castillo <br> 509 N. Redwood Dr. <br> Anaheim, CA 92806 | | - | Notice Only | | | | Unknown |
| Account No. <br><br> Fandino, Albert <br> 1133 W. Walnut St. <br> Santa Ana, CA 92703 | | - | Notice Only | | | | Unknown |
| Account No. <br><br> Farmer Bros. Co. <br> P.O. Box 79705 <br> City of Industry, CA 91716-9705 | | - | Vendor | | | X | 98.95 |
| Account No. <br><br> Faustino, Carlos <br> 1725 W. Santa Ana Blvd. <br> Santa Ana, CA 92703 | | - | Notice Only | | | | Unknown |
| Account No. <br><br> Fox, Corey <br> 18721 Evergreen Ave. <br> Yorba Linda, CA 92886 | | - | Notice Only | | | | Unknown |

Sheet no. __5__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                            98.95

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **OM Restaurant Management, LLC**                                Case No.    **8:15-bk-14927-CB**
_____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice Only | | | | |
| Galindo, Javier 1425 S. Standard Ave., Apt. 10 Santa Ana, CA 92707 | | - | | | | | | Unknown |
| Account No. | | | | Notice Only | | | | |
| Garcia, Leslie 520 W. Romneya Dr., Apt. B Anaheim, CA 92801 | | - | | | | | | Unknown |
| Account No. | | | | Notice Only | | | | |
| Garibay, Maricruz 2320 W. McFadden Ave. Santa Ana, CA 92704 | | - | | | | | | Unknown |
| Account No. | | | | Vendor | | | | |
| Giant CO2 531 Goetz Ave. Santa Ana, CA 92707 | | - | | | | | | 73.22 |
| Account No. | | | | Repairs | | | | |
| Glass Act 9462 La Colonia Fountain Valley, CA 92708 | | - | | | | | | 120.00 |

Sheet no. __6__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    193.22

B6F (Official Form 6F) (12/07) - Cont.

In re    **OM Restaurant Management, LLC**                              Case No.    **8:15-bk-14927-CB**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.                                              Gomez, Francisco 2200 W. Palmyra Ave., #15 Orange, CA 92868 | | - | | Notice Only | | | | Unknown |
| Account No.                                              Gonzalez, Nayeli 3101 S. Fairview St., #4 Santa Ana, CA 92704 | | - | | Notice Only | | | | Unknown |
| Account No.                                              Gordon, Brianna 1626 W. Santa Clara Ave. Santa Ana, CA 92706 | | - | | Notice Only | | | | Unknown |
| Account No.                                              Gurrola, Laura 854 McFadden Santa Ana, CA 92707 | | - | | Notice Only | | | | Unknown |
| Account No.                                              Hanley, Shawna 24709 Rierchase Dr. 4502 Valencia, CA 91355 | | - | | Notice Only | | | | Unknown |

Sheet no. __7__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **OM Restaurant Management, LLC**                                Case No.    **8:15-bk-14927-CB**
                                    _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Vendor | | | | |
| Harbor Distributing, LLC P.O. Box 842685 Los Angeles, CA 90084-2685 | - | | | | | | 13,275.50 |
| Account No. | | | Notice Only | | | | |
| Heredia, Juan 1101 S. Rene Dr. Santa Ana, CA 92701 | - | | | | | | Unknown |
| Account No. | | | Notice Only | | | | |
| Hernandez, Edwin 2833 N. Bristol St., Apt. 50B Santa Ana, CA 92706 | - | | | | | | Unknown |
| Account No. | | | Notice Only | | | | |
| Hernandez, Julie 410 E. Hardwood Pl. Santa Ana, CA 92701 | - | | | | | | Unknown |
| Account No. | | | Notice Only | | | | |
| Hernandez, Valaery 631 N. Lacy St., #110 Santa Ana, CA 92701 | - | | | | | | Unknown |

Sheet no. __8__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                13,275.50

B6F (Official Form 6F) (12/07) - Cont.

In re  **OM Restaurant Management, LLC**                                                      Case No.  **8:15-bk-14927-CB**
                                        ―――――――――――――――――
                                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice Only | | | | |
| Jara, Luis 302 S. Orange, #B Santa Ana, CA 92701 | - | | | | | | | Unknown |
| Account No. | | | | Notice Only | | | | |
| Jimenez, Joel P. 1905 N. Bush, #2 Santa Ana, CA 92706 | - | | | | | | | Unknown |
| Account No. | | | | Notice Only | | | | |
| Kaur, Manjot 18662 E. Vine Ave. Orange, CA 92869 | - | | | | | | | Unknown |
| Account No. | | | | Vendor | | | | |
| Korne Foods Enterprises, Inc. 850 E. Parkridge Ave., Ste. 113 Corona, CA 92879 | - | | | | | | | 42.00 |
| Account No. | | | | Notice Only | | | | |
| Le, Tam 127 Sapphire Dr. Irvine, CA 92602 | - | | | | | | | Unknown |

Sheet no.  _9_  of  _25_  sheets attached to Schedule of                          Subtotal          | 42.00
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **OM Restaurant Management, LLC**
                              Debtor

Case No.   **8:15-bk-14927-CB**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Luna, Kyzy <br> 121 N. La Reina Cir., #18 <br> Anaheim, CA 90801 | - | | Notice Only | | | | Unknown |
| Account No. <br><br> Marin-Macias, Jasmine <br> 14704 Blaine Ave. <br> Bellflower, CA 90706 | - | | Notice Only | | | | Unknown |
| Account No. <br><br> Martinez, Daniel <br> 2613 Lincoln <br> Santa Ana, CA 92704 | - | | Notice Only | | | | Unknown |
| Account No. <br><br> Matheny Consulting <br> 1800 N. Bristol, Ste. C192 <br> Santa Ana, CA 92706 | - | | Services | | | | 75.00 |
| Account No. <br><br> Mauricio, Efren <br> 2717 S. Baker, Apt. D <br> Santa Ana, CA 92707 | - | | Notice Only | | | | Unknown |

Sheet no. __10__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          75.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **OM Restaurant Management, LLC**                              Case No.    **8:15-bk-14927-CB**
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Maybrier, Sumer M. <br> 9372 Holder, #103 <br> Cypress, CA 90630 | - | | Notice Only | | | | Unknown |
| Account No. <br><br> Mayorga, Julio <br> 4425 Broadway <br> Santa Ana, CA 92701 | - | | Notice Only | | | | Unknown |
| Account No. <br><br> McColl, Tiffany <br> 16425 Harbor Blvd., #181 <br> Fountain Valley, CA 92708 | - | | Notice Only | | | | Unknown |
| Account No. <br><br> Montelongo, Cynthia J. <br> 1280 S. Hickory St. <br> Santa Ana, CA 92703 | - | | Notice Only | | | | Unknown |
| Account No. <br><br> Montero, Francisco <br> 818 N. Gunther St. <br> Santa Ana, CA 92703 | - | | Notice Only | | | | Unknown |

Sheet no. __11__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **OM Restaurant Management, LLC**                                     Case No.  **8:15-bk-14927-CB**
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. | | | | Notice Only | | | | |
| Mora-Penaloza, Victor 710 Joann St., Apt. B Costa Mesa, CA 92627 | - | | | | | | | Unknown |
| Account No. | | | | Notice Only | | | | |
| Moreno, Francisco 858 Center T, #3 Costa Mesa, CA 92627 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Mottale, Micha 210 W. First St. Santa Ana, CA 92701 | - | | | | | | | 1,500.00 |
| Account No. | | | | Notice Only | | | | |
| Myers, Bryan 21 Beachcomber Dr. Seal Beach, CA 90740 | - | | | | | | | Unknown |
| Account No. | | | | Notice Only | | | | |
| Navarro, Salvador 2314 S. Park Dr. Santa Ana, CA 92707 | - | | | | | | | Unknown |

Sheet no. __12__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    1,500.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **OM Restaurant Management, LLC**                                    Case No.    **8:15-bk-14927-CB**
_____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| Ortiz, Luis 1434 S. Cypress Ave. Santa Ana, CA 92701 | - | | | | | | Unknown |
| Account No. | | | Notice Only | | | | |
| Osorio, Miguel 12062 Bayport St., Unit 2 Garden Grove, CA 92840 | - | | | | | | Unknown |
| Account No. | | | Notice Only | | | | |
| Pantaleon, Edwin 407 E. Bishop Santa Ana, CA 92701 | - | | | | | | Unknown |
| Account No. | | | Vendor | | | | |
| Pepe's Produce 640 S. Grand Ave., #108 Santa Ana, CA 92705 | - | | | | | | 3,156.71 |
| Account No. | | | Notice Only | | | | |
| Pham, Jessica 315 Lisabeth Common Santa Ana, CA 92703 | - | | | | | | Unknown |

Sheet no. __13__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal

(Total of this page)                              3,156.71

B6F (Official Form 6F) (12/07) - Cont.

In re   **OM Restaurant Management, LLC**                          Case No.   **8:15-bk-14927-CB**
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice Only | | | | |
| Pineda, Alfonso 1601 W. MacArthur Blvd., Apt. 1G Santa Ana, CA 92704 | - | | | | | | | Unknown |
| Account No. | | | | Notice Only | | | | |
| Pinones, Yoana 1305 W. Camden Pl. Santa Ana, CA 92704 | - | | | | | | | Unknown |
| Account No. | | | | Notice Only | | | | |
| Pizzo, Rachael 28536 Jenny Ln. Menifee, CA 92584 | - | | | | | | | Unknown |
| Account No. | | | | Notice Only | | | | |
| Plaza-Ayala, Sandra P.O. Box 2756 Fullerton, CA 92804 | - | | | | | | | Unknown |
| Account No. | | | | Notice Only | | | | |
| Polanco, Alfredo 1001 W. Stevens Ave., #189 Santa Ana, CA 92707 | - | | | | | | | Unknown |

Sheet no. __14__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **OM Restaurant Management, LLC**                                    Case No.   **8:15-bk-14927-CB**
_____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Notice Only | | | | |
| Preciado, Enrique 2257 Maple St., Apt. F Dana Point, CA 92629 | - | | | | | | | Unknown |
| Account No. | | | | Services | | | | |
| Premier Patio Heating Specialists P.O. Box 6470 Oceanside, CA 92052 | - | | | | | | | 2,071.44 |
| Account No. | | | | Notice Only | | | | |
| Ramirez, Moises 16861 Miron Huntington Beach, CA 92648 | - | | | | | | | Unknown |
| Account No. | | | | Notice Only | | | | |
| Ramos, Mark 1001 Riverine Ave., Apt. 18 Santa Ana, CA 92701 | - | | | | | | | Unknown |
| Account No. | | | | Services | | | | |
| Republic Master Chefs P.O. Box 15267 Los Angeles, CA 90015 | - | | | | | | | 956.21 |

Sheet no. __15__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,027.65

B6F (Official Form 6F) (12/07) - Cont.

In re  **OM Restaurant Management, LLC**                                    Case No.   **8:15-bk-14927-CB**
_____,
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Resendiz, Jose<br>622 E. Pine St., #4<br>Santa Ana, CA 92701 | - | | Notice Only | | | | Unknown |
| Account No.<br><br>Reyes, Sofia<br>760 Lyon St., Apt. 736<br>Santa Ana, CA 92705 | - | | Notice Only | | | | Unknown |
| Account No.<br><br>Rodriguez, Jessica<br>802 E. Pine St., Apt. 1<br>Santa Ana, CA 92701 | - | | Notice Only | | | | Unknown |
| Account No.<br><br>Rodriguez, Manuel<br>843 W. Stevens Ave., #7<br>Santa Ana, CA 92707 | - | | Notice Only | | | | Unknown |
| Account No.<br><br>Rodriguez, Pedro<br>735 James St., Apt. B<br>Costa Mesa, CA 92627 | - | | Notice Only | | | | Unknown |

Sheet no. __16__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **OM Restaurant Management, LLC**                                    Case No.    **8:15-bk-14927-CB**
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | Notice Only | | | | |
| Rodriguez, Yanete 1001 E. 18th St. Santa Ana, CA 92706 | - | | | | | | | | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Notice Only | | | | |
| Rodriquez, Jacqueline 3933 Rogue Dr. Anaheim, CA 92807 | - | | | | | | | | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Notice Only | | | | |
| Rojas, Juan 302 S. Orange Ave., #B Santa Ana, CA 92701 | - | | | | | | | | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Notice Only | | | | |
| Rojas, Martin 2201 W. Edna Dr. Santa Ana, CA 92706 | - | | | | | | | | |
| | | | | | | | | | **Unknown** |
| Account No. | | | | | Notice Only | | | | |
| Rojas, Rafael 325 N. Susan St., Apt. A Santa Ana, CA 92703 | - | | | | | | | | |
| | | | | | | | | | **Unknown** |

Sheet no. __17__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **OM Restaurant Management, LLC**                              Case No.    **8:15-bk-14927-CB**
_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice Only | | | | |
| Ruiz, Dagoberto 16861 Newland St., #B Huntington Beach, CA 92647 | - | | | | | | | Unknown |
| Account No. | | | | Notice Only | | | | |
| Ruiz, Miriam 1405 Walnut, #5 Santa Ana, CA 92703 | - | | | | | | | Unknown |
| Account No. | | | | Notice Only | | | | |
| Sanchez, Arlana 12661 Cedarwood Circle Riverside, CA 92503 | - | | | | | | | Unknown |
| Account No. | | | | Notice Only | | | | |
| Sanchez, Michelle 2922 S. Rita Way Santa Ana, CA 92704 | - | | | | | | | Unknown |
| Account No. | | | | Notice Only | | | | |
| Saucedo, Micah 1309 W. Birch Ave. Orange, CA 92831 | - | | | | | | | Unknown |

Sheet no. __18__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **OM Restaurant Management, LLC**                                             Case No.    **8:15-bk-14927-CB**
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Segui, Rachael**<br>**c/o THE SPENCER LAW FIRM**<br>**903 Calle Amanecer, Ste. 220**<br>**San Clemente, CA 92673** | - | | Lawsuit | | X | X | Unknown |
| Account No.<br><br>**LAW OFFICES OF GOLDBERG & GAGE**<br>**23002 Victory Blvd.**<br>**Woodland Hills, CA 91367** | | | Representing:<br>Segui, Rachael | | | | Notice Only |
| Account No.<br><br>**Sharp Edge**<br>**P.O. Box 1466**<br>**Garden Grove, CA 92842** | - | | Vendor | | | | 76.60 |
| Account No.<br><br>**Soriano, Samuel Andrade**<br>**604 Melodi Lane**<br>**Placentia, CA 92870** | - | | Notice Only | | | | Unknown |
| Account No.<br><br>**Southern Wine & Spirits**<br>**File 56002**<br>**Los Angeles, CA 90074-6002** | - | | Vendor | | | | 5,913.87 |

Sheet no. __19__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                5,990.47

B6F (Official Form 6F) (12/07) - Cont.

In re    **OM Restaurant Management, LLC**                                                         Case No.    **8:15-bk-14927-CB**
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| Tapia, Guadalupe 813 E. Chestnut Ave. Santa Ana, CA 92701 | - | | | | | | Unknown |
| Account No. | | | Notice Only | | | | |
| Taulbee, David 1739 W. Oak Ave. Fullerton, CA 92833 | - | | | | | | Unknown |
| Account No. | | | Notice Only | | | | |
| Tobia, Edna 1816 N. Ross St. Santa Ana, CA 92706 | - | | | | | | Unknown |
| Account No. | | | Notice Only | | | | |
| Tomel, Daisy 12861 West St., #84 Garden Grove, CA 92840 | - | | | | | | Unknown |
| Account No. | | | Insurance | | | | |
| Tower Group Companies P.O. Box 100720 Pasadena, CA 91189-0720 | - | | | | | | 251.00 |

| | |
|---|---|
| Sheet no. __20__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page)    **251.00** |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **OM Restaurant Management, LLC**                                  Case No.    **8:15-bk-14927-CB**
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Vendor | | | | |
| U.S. Foods File #6993 Los Angeles, CA 90074-6993 | - | | | | | | 23,446.30 |
| Account No. | | | Notice Only | | | | |
| Urbina, Diana 405 S. Birch, Apt. 5 Santa Ana, CA 92701 | - | | | | | | Unknown |
| Account No. | | | Notice Only | | | | |
| Valdez, Andrew 15074 Junipter Whittier, CA 92701 | - | | | | | | Unknown |
| Account No. | | | Notice Only | | | | |
| Valencia, Geraldine 13100 Chapman Ave., Apt. 3-108 Garden Grove, CA 92840 | - | | | | | | Unknown |
| Account No. | | | Notice Only | | | | |
| Vallejo, Rodrigo 1000 E. La Palma Ave., #2 Anaheim, CA 92805 | - | | | | | | Unknown |

Sheet no.  **21**  of  **25**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        23,446.30

B6F (Official Form 6F) (12/07) - Cont.

In re   **OM Restaurant Management, LLC**
                                                        Case No.   **8:15-bk-14927-CB**
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | Notice Only | | | | |
| Vazquez, Silvina 202 1/2 Birch St. Santa Ana, CA 92701 | - | | | | | | | | Unknown |
| Account No. | | | | | Notice Only | | | | |
| Velazquez, Vivian 2140 S. Main St., #201 Santa Ana, CA 92707 | - | | | | | | | | Unknown |
| Account No. | | | | | Notice Only | | | | |
| Villa, Celeste 1024 S. Shawnee Dr. Santa Ana, CA 92704 | - | | | | | | | | Unknown |
| Account No. | | | | | Notice Only | | | | |
| Villalobos, Luis 1138 S. Baker St. Costa Mesa, CA 92707 | - | | | | | | | | Unknown |
| Account No. | | | | | Notice Only | | | | |
| Vo, Tram 7861 McFadden Ave. Midway City, CA 92655 | - | | | | | | | | Unknown |

Sheet no. __22__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **OM Restaurant Management, LLC**                                    Case No.    **8:15-bk-14927-CB**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **Notice Only** | | | | |
| Vuong, Teresa 10031 Traylor Way Garden Grove, CA 92843 | - | | | | | | | Unknown |
| Account No. | | | | **Notice Only** | | | | |
| Waite, Jenna P.O. Box 7054 Huntington Beach, CA 92615 | - | | | | | | | Unknown |
| Account No. | | | | **Notice Only** | | | | |
| Weed, Jen 704 Maplewood Fullerton, CA 92832 | - | | | | | | | Unknown |
| Account No. | | | | **Notice Only** | | | | |
| Wilson, Jaspre 2204 N. Broadway, Unit C Santa Ana, CA 92706 | - | | | | | | | Unknown |
| Account No. | | | | **Notice Only** | | | | |
| Wilson, Jessica 513 N. Janss Way Anaheim, CA 92805 | - | | | | | | | Unknown |

Sheet no. __23__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **OM Restaurant Management, LLC**                                          Case No.   **8:15-bk-14927-CB**
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Yelicicah, Nicole 5682 Lynnbrook Plaza Yorba Linda, CA 92886 | - | | Notice Only | | | | Unknown |
| Account No. Yelicich, Marcia 5682 Lynnbrook Plaza Yorba Linda, CA 92886 | - | | Notice Only | | | | Unknown |
| Account No. Yelicich, Natalie 5682 Lynnbrook Plaza Yorba Linda, CA 92886 | - | | Notice Only | | | | Unknown |
| Account No. York, Leah c/o THE SPENCER LAW FIRM 903 Calle Amanecer, Ste. 220 San Clemente, CA 92673 | - | | Lawsuit | | X | X | Unknown |
| Account No. LAW OFFICES OF GOLDBERG & GAGE 23002 Victory Blvd. Woodland Hills, CA 91367 | | | Representing: York, Leah | | | | Notice Only |

Sheet no. __24__ of __25__ sheets attached to Schedule of         Subtotal         0.00
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **OM Restaurant Management, LLC**                    Case No.  **8:15-bk-14927-CB**
_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Vendor | | | | |
| Youngs Market Company P.O. Box 30145 Los Angeles, CA 90030-0145 | - | | | | | | 1,492.32 |
| Account No. | | | Notice Only | | | | |
| Zacatzonteti, Jessica 802 E. Pine St., Apt. 25 Santa Ana, CA 92701 | - | | | | | | Unknown |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __25__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 1,492.32 |
| Total (Report on Summary of Schedules) | 1,076,188.08 |

B6G (Official Form 6G) (12/07)

In re    **OM Restaurant Management, LLC**                                    Case No.    **8:15-bk-14927-CB**
                                                           Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Auto Chlor System**<br>**530 Goetz Ave.**<br>**Santa Ana, CA 92707** | **Dish Washing Machine**<br>**Expires - April 2018** |
| **DirecTV**<br>**P.O. Box 60036**<br>**Los Angeles, CA 90060** | **TV Cable Boxes**<br>**Expires - April 2018** |
| **NEC Financial Services**<br>**250 Pehle Ave., Ste. 704**<br>**Saddle Brook, NJ 07663** | **Telephone**<br>**Expires: April 2018** |
| **Premier Patio Heating Specialists**<br>**P.O. Box 6470**<br>**Oceanside, CA 92052** | **Patio Heaters**<br>**Expires - April 2018** |
| **SAS Investment, L.P.**<br>**1103 N. Broadway**<br>**Santa Ana, CA 92701** | **Real Property Lease**<br>**Term: October 1, 2004 - December 31, 2050** |

0

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **OM Restaurant Management, LLC**                                    Case No.    **8:15-bk-14927-CB**
                                                                  Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |

**0**
\_\_\_\_\_ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Central District of California

In re   **OM Restaurant Management, LLC** _____    Case No.   **8:15-bk-14927-CB** _____
                                          Debtor(s)                    Chapter   **11** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**37**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **October 23, 2015** _____    Signature    **/s/ Michael F. Harrah** _____
                                                            **Michael F. Harrah**
                                                            **Manager**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Central District of California

In re   **OM Restaurant Management, LLC**  
  Debtor(s)

Case No.   **8:15-bk-14927-CB**  
Chapter   **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None  
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$2,180,407.00** | **2015 YTD gross revenue: Debtor Original Mike's** |
| **$2,892,211.00** | **2014 gross revenue: Debtor Original Mike's** |
| **$2,986,051.00** | **2013 gross revenue: Debtor Original Mike's** |

---

**2. Income other than from employment or operation of business**

None  
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

B7 (Official Form 7) (04/13)
2

---

### 3. Payments to creditors

**None**
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None**
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

**None**
☐

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Cactus Financial, Inc.**<br>**1103 N. Broadway**<br>**Santa Ana, CA 92701**<br>  **Common Ownership** | **See attachment.** | **$0.00** | **$0.00** |

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

**None**
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Beasley, et al. v. Original Mike's, et al.**<br>**Case No. 30-2014-00725006-CU-HR-CJC** | **Lawsuit** | **Superior Court of California - County of Orange - Central Justice Center** | **Pending** |

**None**
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Attachment (4)

General Ledger (Accrual)
Cactus Financial, Inc. - (CACTUS)
Months: Sep 2014 - Sep 2015

| Property | Date | Period | Description | Control | Refer | Debit | Credit | Remarks |
|---|---|---|---|---|---|---|---|---|
| 1501-000 | | | Due from - OM Restaurant Mgmt | | | | | |
| CACTUS | 12/5/2014 | 14-Dec | (DUOMRM | P-139606 | 120514 | 15,000.00 | | F&M CACTUS TO OM OPERATING |
| CACTUS | 12/9/2014 | 14-Dec | ( ) F&M ON | R-48322 | | | 8,000.00 | FROM F&M OM TO CACTUS |
| CACTUS | 12/12/2014 | 14-Dec | (DUOMRM | P-139609 | 12/12/2014 | 6,100.00 | | F&M CACTUS TO OMRM PAYROLL |
| CACTUS | 12/15/2014 | 14-Dec | (R48328) | J-24933 | R48328 | | 13,000.00 | reclass: from OMRM to Cactus |
| CACTUS | 1/2/2015 | 15-Jan | (DUOMRM | P-139885 | 10215 | 17,000.00 | | F&M FROM CACTUS TO OM |
| CACTUS | 1/2/2015 | 15-Jan | (DUOMRM | P-139886 | 010215- | 9,000.00 | | F&M FROM CACTUS TO OM PAYROLL |
| CACTUS | 2/5/2015 | 15-Feb | (DUOMRM | P-140517 | 20515 | 26,000.00 | | F&M FROM CACTUS TO OM |
| CACTUS | 2/10/2015 | 15-Feb | ( ) F&M ON | R-48555 | | | 7,700.00 | FROM F&M OM CHEC KING TO CACTU |
| CACTUS | 3/10/2015 | 15-Mar | ( ) F&M ON | R-48773 | | | 9,000.00 | F&M FROM OM TO CACTUS SAVINGS |
| CACTUS | 4/2/2015 | 15-Apr | (DUOMRM | P-141473 | 40215 | 9,600.00 | | F&M FROM CACTUS TO OM |
| CACTUS | 4/6/2015 | 15-Apr | ( ) F&M ON | R-48805 | | | 11,600.00 | F&M FROM OMRM TO CACTUS |
| CACTUS | 5/21/2015 | 15-May | (DUOMRM | P-142221 | 52115 | 1,000.00 | | FM FROM CACTUS CHK TO OM CHK |
| CACTUS | 5/29/2015 | 15-May | (DUOMRM | P-142246 | 5/29/2015 | 4,000.00 | | F&M FROM CACTUS TO OM PAYROLL |
| CACTUS | 5/29/2015 | 15-May | (DUOMRM | P-142238 | 52915 | 14,000.00 | | FM FROM CACTUS TO OMRM |
| CACTUS | 6/8/2015 | 15-Jun | ( ) F&M ON | R-49039 | | | 10,000.00 | F&M FROM OMRM TO CACTUS |
| CACTUS | 6/25/2015 | 15-Jun | (DUOMRM | P-142686 | 62515 | 9,500.00 | | F&M FROM CACTUS TO OMRM |
| CACTUS | 6/26/2015 | 15-Jun | (DUOMRM | P-142685 | 615 | | | F&M FROM CACTUS TO OMRM |
| CACTUS | 6/29/2015 | 15-Jun | (DUOMRM | P-142683 | 6/29/2015 | 25,000.00 | | F&M FROM CACTUS TO OMRM |
| CACTUS | 6/30/2015 | 15-Jun | ( ) F&M ON | R-49142 | | | 11,700.00 | F&M FROM OM TO CACTUS |
| CACTUS | 7/1/2015 | 15-Jul | ( ) F&M ON | R-49154 | | | 5,000.00 | TRANSFER FROM F&M OM TO CACTUS |
| CACTUS | 7/1/2015 | 15-Jul | ( ) F&M ON | R-49159 | | | 5,000.00 | F&M FROM OM TO CACTUS |
| CACTUS | 7/7/2015 | 15-Jul | ( ) F&M ON | R-49228 | | | 2,000.00 | FROM OMRM TO CACTUS |
| CACTUS | 7/9/2015 | 15-Jul | (DUOMRM | P-142846 | 70915 | 2,200.00 | | F&M FROM CACTUS TO OM |
| CACTUS | 7/9/2015 | 15-Jul | (DUOMRM | P-143832 | 070915- | 7,500.00 | | F&M FROM CACTUS TO OMRM |
| CACTUS | 7/21/2015 | 15-Jul | ( ) F&M ON | R-49286 | | | 17,000.00 | F&M FROM OMRM TO CACTUS |
| CACTUS | 7/22/2015 | 15-Jul | (DUOMRM | P-143086 | 72215 | 13,000.00 | | F&M FROM CACTUS TO OMRM |
| CACTUS | 7/27/2015 | 15-Jul | ( ) F&M ON | R-49354 | | | 10,000.00 | F&M FROM OMRM TO CACTUS |
| CACTUS | 7/28/2015 | 15-Jul | ( ) F&M ON | R-49426 | | | 12,000.00 | F&M FROM OMRM TO CACTUS |
| CACTUS | 8/4/2015 | 15-Aug | ( ) F&M ON | R-49417 | | | 7,000.00 | F&M FROM OMRM TO CACTUS |
| CACTUS | 9/2/2015 | 15-Sep | (DUOMRM | P-144338 | 90215 | 41,000.00 | | FM FROM CACTUS TO OMRM |
| CACTUS | 9/2/2015 | 15-Sep | (DUOMRM | P-144339 | 090215- | 10,500.00 | | FROM F&M CACTUS TO OMRM |
| CACTUS | 9/15/2015 | 15-Sep | (DUOMRM | P-144350 | 91515 | 9,800.00 | | F&M FROM CACTUS TO OMRM |
| CACTUS | 9/25/2015 | 15-Sep | (DUOMRM | P-144417 | 92515 | 51,000.00 | | FROM F&M CACTUS TO OMRM |
| | | | NetChange= 142,815.00 | | | 271,815.00 | 129,000.00 | = Ending Balance = |

B7 (Official Form 7) (04/13)
3

### 5. Repossessions, foreclosures and returns

None ■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None ■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Law Offices of Michael G. Spector** **2677 North Main Street, Suite 910** **Santa Ana, CA 92705** | **10/09/2015** **Desert Skies Executive Air Terminal** | **$20,000.00** |

B7 (Official Form 7) (04/13)
4

### 10. Other transfers

**None** ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

**None** ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

**None** ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

**None** ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

**None** ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

**None** ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
5

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

B7 (Official Form 7) (04/13)
6

**18 . Nature, location and name of business**

None ☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Original Mike's** | 27-0082161 | **100 S. Main St. Santa Ana, CA 92701** | **Restaurant** | **2004-present** |

None ■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None ☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                        DATES SERVICES RENDERED
**Harrington, Douglas**
**100 S. Main St.**
**Santa Ana, CA 92701**

None ■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                          ADDRESS
**Harrington, Douglas**                       **100 S. Main St.**
                                              **Santa Ana, CA 92701**

B7 (Official Form 7) (04/13)
7

| None ■ | d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case. |
| --- | --- |

NAME AND ADDRESS                                             DATE ISSUED

---

### 20. Inventories

| None ☐ | a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory. |
| --- | --- |

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
| --- | --- | --- |
| 10/9/2015 | Juan Orozco | $4,427.85 |
| 10/12/2015 | Bevinco Company | $32,590.41 |

| None ☐ | b. List the name and address of the person having possession of the records of each of the inventories reported in a., above. |
| --- | --- |

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |
| 10/9/2015 | Douglas Harrington 100 S. Main St. Santa Ana, CA 92701 |
| 10/12/2015 | Douglas Harrington 100 S. Main St. Santa Ana, CA 92701 |

---

### 21 . Current Partners, Officers, Directors and Shareholders

| None ☐ | a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership. |
| --- | --- |

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |
| SAS Investment, L.P. 1103 N. Broadway Santa Ana, CA 92701 | Member | 100% |

| None ■ | b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation. |
| --- | --- |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |

---

### 22 . Former partners, officers, directors and shareholders

| None ■ | a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case. |
| --- | --- |

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

| None ■ | b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case. |
| --- | --- |

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

B7 (Official Form 7) (04/13)
8

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Orozco, Juan**<br>**1701 S. Van Ness St.**<br>**Santa Ana, CA 92701**<br>  **General Manager** | **Compensation**<br>**(10/10/2014 - 10/9/2015)** | **$129,250.00** |

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                  TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                        TAXPAYER IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **October 23, 2015**         Signature    **/s/ Michael F. Harrah**
                                              **Michael F. Harrah**
                                              **Manager**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/98)                                    1998 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re

**OM Restaurant Management, LLC**

Debtor.

Case No.: **8:15-bk-14927-CB**

# DISCLOSURE OF COMPENSATION
# OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................................. $ _____**Hourly**_____

   Prior to the filing of this statement I have received ........................... $ _____**18,283.00**_____

   Balance Due ........................................................................................ $ _____**0.00**_____

2. The source of the compensation paid to me was:

   ☐ Debtor    ☑ Other (specify):    **Desert Skies Executive Air Terminal**

3. The source of compensation to be paid to me is:

   ☑ Debtor    ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services

## CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

   10/23/2015
   *Date*

   /s/ Michael G. Spector
   **Michael G. Spector**
   *Signature of Attorney*
   **Law Offices of Michael G. Spector**
   *Name of Law Firm*
   **2677 North Main Street, Suite 910**
   **Santa Ana, CA 92705**
   **714-835-3130  Fax: 714-558-7435**

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/98)    1998 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In re | Case No.: **8:15-bk-14927-CB** |
|---|---|
| **OM Restaurant Management, LLC** | |
| Debtor. | **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** |

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ........................ $ _____ **Hourly**

   Prior to the filing of this statement I have received ........................ $ _____ **18,283.00**

   Balance Due ........................ $ _____ **0.00**

2. The source of the compensation paid to me was:

   ☐ Debtor    ☑ Other (specify):    **Desert Skies Executive Air Terminal**

3. The source of compensation to be paid to me is:

   ☑ Debtor    ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| *Date* | **Michael G. Spector** |
|---|---|
| | *Signature of Attorney* |
| | **Law Offices of Michael G. Spector** |
| | *Name of Law Firm* |
| | **2677 North Main Street, Suite 910** |
| | **Santa Ana, CA 92705** |
| | **714-835-3130  Fax: 714-558-7435** |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Michael G. Spector - Bar No. 145035<br>Law Offices of Michael G. Spector<br>2677 North Main Street, Suite 910<br>Santa Ana, CA 92705<br>714-835-3130 Fax: 714-558-7435<br><br>*Attorney for:* | CASE NO.: 8:15-bk-14927-CB<br>CHAPTER: 11<br>ADVERSARY NO.:<br>(if applicable) |
| In re:<br><br>OM Restaurant Management, LLC<br><br>Debtor(s). | **ELECTRONIC FILING DECLARATION<br>(CORPORATION/PARTNERSHIP)**<br><br>[LBR 1006-1(h)] |

☒ Petition, statement of affairs, schedules or lists       Date Filed: _____
☐ Amendments to the petition, statement of affairs, schedules or lists    Date Filed: _____
☐ Other: *(specify):* _____      Date Filed: _____

## PART I - DECLARATION OF SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed printed copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

10-23-15

Date

Signature of authorized signatory of Filing Party

Michael F. Harrah
Printed Name of Authorized Signatory of Filing Party

Manager
Title of authorized signatory of Filing Party

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed *Part I - Declaration of Authorized Signatory of Debtor or Other Party* of this *Declaration* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration* and the Filed Document available for review upon request of the court or other parties.

Date

Signature of attorney for Filing Party

Michael G. Spector
Printed Name of attorney for Filing Party

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015      F 1002-1.DEC.ELEC.FILING.CORP