Michael G. Spector - Bar No. 145035
Vicki L. Schennum (Of Counsel) - Bar No. 159628
**LAW OFFICES OF MICHAEL G. SPECTOR**
2677 North Main Street, Suite 910
Santa Ana, California 92705
Telephone: 714.835.3130 - Michael G. Spector
Telephone: 949.502-6255 - Vicki L. Schennum
Facsimile:  714.558.7435
*Email:  mgspector@aol.com*
*Email: schennumlaw@gmail.com*

Attorneys for OM Restaurant Management, LLC,
Reorganized Debtor

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>**OM RESTAURANT MANAGEMENT, LLC,**<br><br>　　　　Reorganized Debtor<br>_____ | Case No. 8:15-bk-14927 CB<br>Chapter 11<br><br>**SMALL BUSINESS CASE**<br><br>**DECLARATION OF MICHAEL F. HARRAH RE: THIRD AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF COSTS OF THE LAW OFFICES OF MICHAEL G. SPECTOR, ATTORNEYS FOR THE DEBTOR**<br><br>Date: January 11, 2017<br>Time: 10:00 a.m.<br>Ctrm: 5D, 5th Floor<br>　　　411 W. Fourth Street<br>　　　Santa Ana, CA 92701 |

///

///

///

**DECLARATION OF MICHAEL F. HARRAH**

I, Michael F. Harrah, declare as follows:

1. I am the Manager of OM Restaurant Management, LLC, reorganized debtor in the above-referenced Chapter 11 case (the "Debtor"). I make this declaration with regards to the Third and Final Application for Compensation and Reimbursement of Costs of the Law Offices of Michael G. Spector, Attorneys for the Debtor (the "Final Fee Application"). I If compelled to do so, I would be able to testify to the following factual assertions based upon my own personal knowledge.

2. I have reviewed the Final Fee Application and have the following comments thereto:

(X) No objection.

( ) An objection is raised as set forth below.

3. As of this date, the Debtor has funds on hand totaling $ __19,464__.

I declare under penalty of perjury under the laws of the United States of America that the facts set forth in the foregoing Application are true and correct.

Executed at __Santa Ana__, California on __Jan. 9__, ~~2016~~. 2017

_____
Michael F. Harrah

18

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2677 North Main St, Ste 910, Santa Ana, CA 92705

A true and correct copy of the foregoing document entitled (*specify*):**DECLARATION OF MICHAEL F. HARRAH RE: THIRD AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF COSTS  OF THE LAW OFFICES OF MICHAEL G. SPECTOR, ATTORNEYS FOR THE DEBTOR** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 9, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

      X    Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 9, 2017,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

      X    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 9, 2017 | Brittany Schennum | /s/ Brittany Schennum |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

Served by the Court via Notice of Electronic Filing

| | | |
|---|---|---|
| Attorney for the US Trustee | Michael Hauser | michael.hauser@usdoj.gov |
| Attorney for the Debtor | Vicki L Schennum | schennumlaw@gmail.com |
| Attorney for the Debtor | Michael G Spector | mgspector@aol.com |
| Interested Party | United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| Attorney for Lahna Beasley | David S Hagen | go4broq@earthlink.net |
| Courtesy NEF | Bernard D Bollinger | bbollinger@buchalter.com, IFS_filing@buchalter.com; smartin@buchalter.com |
| Courtesy NEF | Selwyn Chu | schu@kbylaw.com, mperciavalle@kbylaw.com, mmorelli@kbylaw.com |

**Via Personal Delivery**

Presiding Judge
Honorable Catherine E. Bauer
U.S. Bankruptcy Judge
411 W. Fourth St., Bin Outside 5th Floor Elevator
Santa Ana, CA  92701